# UNITED STATES DISTRICT COURT

****          DISTRICT OF    NEVADA

TRACY WEBB,

        Plaintiff,          **JUDGMENT IN A CIVIL CASE**

    V.

          CASE NUMBER:  **3:17-cv-00350-MMD-WGC**

FEDERAL COURT STAFF, *et al.*,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 5) is accepted and adopted in its entirety.

    **IT IS FURTHER ORDERED** that this action is dismissed without prejudice.

 August 31, 2017                  **DEBRA K. KEMPI**
                                              Clerk

                           /s/  D. R. Morgan
                              Deputy Clerk